UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMED ALI ALZEYADI, ET AL.,

Plaintiffs,

- against -

UNITED STATES OF AMERICA, ET AL.,

Defendants.

26-cv-5022 (JGK)

Order

John G. Koeltl, District Judge:

The time to serve the summons and complaint is extended to **October 12, 2026.** If the summons and complaint are not served by that date, the case will be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 4(m).

The conference for September 23, 2026 is canceled.

SO ORDERED.

Dated: New York, New York
September 16, 2026

John G. Koeltl
United States District Judge